IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PSV ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and UR M. JADDOU, Director of the U.S. Citizenship and Immigration Services,<br><br>    Defendants. | 8:21CV212<br><br><br>**MEMORANDUM<br>AND ORDER** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff has filed a notice of voluntary dismissal of this case without prejudice (Filing 45). The court finds Plaintiff's notice should be given effect because Defendants have not yet filed an answer or motion for summary judgment.

  IT IS THEREFORE ORDERED:

1. Pursuant to Plaintiff's notice of voluntary dismissal (Filing 45), this case is dismissed without prejudice.

2. Judgment shall be entered by separate document.

Dated this 17th day of December 2021.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge